Troy M. Yoshino, Bar No. 197850
troy.yoshino@squirepb.com
Eric J. Knapp, Bar No. 214352
eric.knapp@squirepb.com
Scott J. Carr, Bar No. 245588
scott.carr@squirepb.com
**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:    +1 415 954 0200
Facsimile:     +1 415 393 9887

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HAMM, CHARLIE A. JACQUO-STEVENSON, AND BRYCE MEEKER, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. 5:16-cv-03370-EJD-NMC<br><br>[PROPOSED] ORDER RESOLVING DISCOVERY DISPUTE REGARDING SCOPE OF RULE 30(B)(6) DEPOSITION TOPICS<br><br>Judge:  Hon. Nathanael M. Cousins<br><br>Date:    July 12, 2018<br>Time:    1:30 p.m.<br>Date Action Filed:     June 16, 2016 |

010-8648-9858/2/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

Defendant Mercedes-Benz USA, LLC ("MBUSA") and Plaintiffs Terry Hamm, Charlie Jacquo-Stevenson, and Bryce Meeker ("Plaintiffs") have filed a Joint Statement seeking to resolve a dispute concerning the scope of certain deposition topics in Plaintiffs' Rule 30(b)(6) deposition notice to MBUSA. The parties appeared before the Court in a telephonic hearing on July 12, 2018 to address these issues. The Court, having considered the papers filed by the parties in connection therewith and the arguments of counsel, and good cause appearing, hereby orders that the scope of the disputed Rule 30(b)(6) deposition topics shall be as follows:

    2. Testimony concerning, MBUSA's knowledge about the design, materials and manufacturing of the 722.9 7G-Tronic automatic transmission conductor plate and valve body and, to the extent known, changes to those parts over time, as well as the overall function and operation of the transmission and the primary components comprising the transmission and their function and operation.

    3. Testimony concerning MBUSA's knowledge of any bench testing, durability testing, pre-release data and testing, analysis of service and maintenance reports and trends, quality control testing, useful life testing, actual or projected failure rates, effects analyses, stress analyses, and any test or other research study proposed, commenced, or concluded relating to the 722.9 7G-Tronic automatic transmission conductor plate or valve body.

    4. Testimony concerning any modifications or changes to the engineering designs, manufacture, installation, research, and testing of the 722.9 7G Tronic automatic transmission conductor plate and valve body.

    5. Testimony relating to any lawsuits, claims, notices or customer complaints regarding the repair or replacement of the 722.9 7G-Tronic valve body or conductor plate (i.e., for claims of "limp mode").

    6. Testimony relating to interaction by MBUSA's personnel with Daimler AG personnel in connection with malfunction, performance, or failure of the 722.9 7G-Tronic automatic transmission valve body or conductor plate (i.e., for claims of "limp mode").

    10. Testimony relating to, MBUSA's knowledge of any testing of the 722.9 7G-Tronic automatic transmission conductor plate and valve body or alternative design of the 722.9 7G-Tronic automatic transmission conductor plate and valve body.

    14. Testimony concerning any group or committee known to You to have been formed or tasked to investigate and/or resolve issues with the 722.9 7G-Tronic valve body or conductor plate (i.e., for claims of "limp mode").

- 1 -

[PROPOSED] ORDER RESOLVING DISCOVERY DISPUTE RE: SCOPE OF RULE 30(B)(6) DEPOSITION TOPICS—
CASE NO. 5:16-cv-03370-EJD-NMC

15. Testimony concerning the supply and availability in the United States of 722.9 7G-Tronic transmission conductor plates and valve bodies.

16. Testimony concerning bulletins, service bulletins, technical service bulletins (TSB), service manuals, FSE reports, QIR reports, warranty extensions, recalls, or other similar communications, notifications, correspondence or writings between Defendant and dealers, technicians, or consumers relating to the relating to the repair or replacement of the 722.9 7G-Tronic valve body or conductor plate (i.e., for claims of "limp mode").

IT IS SO ORDERED.

Dated: __July 12, 2018__  _____

NATHANAEL M. COUSINS
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins