1   ROY A. KATRIEL (SBN 265463)
    **THE KATRIEL LAW FIRM, P.C.**
2   4660 La Jolla Village Drive, Suite 200
    San Diego, CA  92122
3   Telephone:  +1 858 546 4435
    e-mail: rak@katriellaw.com
4
    GARY S. GRAIFMAN (*pro hac vice*)
5   **KANTROWITZ GOLDHAMMER &
    GRAIFMAN, P.C.**
6   747 Chestnut Ridge Road
    Chestnut Ridge, NY 10977
7   Telephone: (845) 356-2570
    e-mail: ggraifman@kgglaw.com
8
9   *Counsel for Plaintiffs Terry Hamm
    and Bryce Meeker*
10
    [additional counsel listed on signature page]
11
12
13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15  TERRY HAMM AND BRYCE              **No. 5:16-cv-03370-EJD**
    MEEKER, On Behalf of Themselves
16  And All Others Similarly Situated,
                                      Judge:  Hon. Edward J. Davila
17            Plaintiff,
                                      Courtroom:  4, 5th Floor
18       v.
                                      **PLAINTIFFS' NOTICE**
19  MERCEDES-BENZ USA, LLC,           **REGARDING SUBMITTED**
                                      **MATTERS FILED PURSUANT TO**
20            Defendant.              **CIVIL L.R. 7-13**

21
22
23
24
25
26
27
28

*Hamm v. Mercedes-Benz USA, LLC*,          Plaintiffs' Notice Regarding Submitted
No. 5:16-cv-3370-EJD                        Matters Filed Pursuant to Civil L.R. 7-13

1    Pursuant to Civil L.R. 7-13, Plaintiffs Terry Hamm and Bryce Meeker respectfully file

2  this Notice Regarding Submitted Matters with respect to Defendant's Motion For Summary

3  Judgment [Dkt. No. 58] and Plaintiffs' Cross-Motion For Partial Summary Judgment Or, In The

4  Alternative, Summary Adjudication [Dkt. No. 71].  The Court heard oral argument on both

5  motions on December 6, 2018 and took these matters under advisement.

6

7  Dated: July 10, 2019                          Respectfully submitted,

8                                                /s/ Roy A. Katriel
                                                 ROY A. KATRIEL (SBN 265463)
9                                                **THE KATRIEL LAW FIRM, P.C.**
                                                 4660 La Jolla Village Drive, Suite 200
10                                               San Diego, CA  92122
                                                 Telephone: (858) 546 4435
11                                               e-mail: rak@katriellaw.com

12                                               GARY S. GRAIFMAN (*pro hac vice*)
                                                 **KANTROWITZ GOLDHAMMER &**
13                                               **GRAIFMAN, P.C.**
                                                 747 Chestnut Ridge Road
14                                               Chestnut Ridge, NY 10977
                                                 Telephone: (845) 356-2570
15                                               e-mail: ggraifman@kgglaw.com

16                                               MICHAEL D. BRAUN (SBN 167416)
                                                 **BRAUN LAW GROUP, P.C.**
17                                               1999 Avenue of the Stars, Suite 1100
                                                 Los Angeles, CA 90067
18                                               Telephone: (310) 836-6000
                                                 e-mail: service@braunlawgroup.com

19
                                                 *Counsel for Plaintiffs Terry Hamm and Bryce*
20                                               *Meeker*

21

22

23

24

25

26

27

28

-1-