UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TERRY HAMM, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 5:16-cv-3370-EJD<br><br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER DENYING CLASS CERTIFICATION<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |
|---|---|

1   For GOOD CAUSE Shown, Plaintiff Terry Hamm's Motion For Leave To File A Motion For Partial Reconsideration of the Court's Order Denying Plaintiff's Motion For Class Certification is hereby GRANTED.

Plaintiff is granted leave of Court until __August 6__, 2021 to file his motion for reconsideration. Defendant shall file any opposition to the motion for reconsideration no later than __August 20__, 2021. Plaintiff shall file any reply to his motion for reconsideration no later than __August 27__, 2021. ~~The Court will hold a hearing on the motion for reconsideration on _____, 2021~~.

**IT IS SO ORDERED.**

Dated: __July 26__, 2021            By: _____
                                         Hon. Edward J. Davila,
                                         United States District Judge

---

*Hamm v. Mercedes-Benz USA, LLC*,
No. 5:16-cv-3370-EJD