UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY HAMM, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | No. 5:16-cv-3370-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER DENYING CLASS CERTIFICATION OF HIS C.L.R.A. CLAIM**<br><br>**Judge: Hon. Edward J. Davila**<br>**Courtroom: 4, 5th Floor** |

For GOOD CAUSE Shown, Plaintiff Terry Hamm's Motion For Leave To File A Motion For Partial Reconsideration of the Court's Order Denying Plaintiff's Motion For Class Certification Of His C.L.R.A. Claim is hereby GRANTED.

Plaintiff is granted leave of Court until  September 1 , 2022 to file his motion for reconsideration. Defendant shall file any opposition to the motion for reconsideration no later than  September 15 , 2022. Plaintiff shall file any reply to his motion for reconsideration no later than  September 22 , 2022. The Court will hold a hearing on the motion for reconsideration on  October 13 , 2022.at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 11 , 2022          By: _____
                                       Hon. Edward J. Davila,
                                       United States District Judge

*Hamm v. Mercedes-Benz USA, LLC,*
No. 5:16-cv-3370-EJD